UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

                                        File No.  2:08-CR-18

                                        HON. ROBERT HOLMES BELL

ROBERT CHARLES GENSCHOW, SR.,

       Defendant.

                                        /

## VERDICT

This matter was tried to the Court without a jury.  In accordance with the Court's findings of fact and conclusions of law stated on the record on March 24, 2009,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant is **GUILTY** of both Counts of the indictment:  unlawful cutting of trees on an Indian Reservation in violation of 18 U.S.C. § 1853, and theft of tribal property in violation of 18 U.S.C. § 1163.


Date:   March 24, 2009                     /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                     UNITED STATES DISTRICT JUDGE